**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**BOBBY GARRIN, JR.** **PLAINTIFF**

**VS.** **No. 2:26-cv-00072 PSH**

**FRANK BISIGNANO, COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION** **DEFENDANT**

**ORDER**

The defendant's unopposed motion for extension of time (Doc. No. 12) is granted, and he is directed to submit his appeal brief on or before December 2, 2026.

IT IS SO ORDERED this 4th day of November, 2026.

____________________________________
UNITED STATES MAGISTRATE JUDGE